# EXHIBIT 3

# FILED UNDER SEAL



Financial Statements
December 31, 2014 and 2013
# H&S Contracting, Inc.

EXHIBIT

8

6-15-18

CONFIDENTIAL

www.eidebailly.com

GCNA_018471

H&S Contracting, Inc.
Table of Contents
December 31, 2014 and 2013

Independent Accountant's Review Report .................................................................................................................... 1

Financial Statements

Balance Sheets ................................................................................................................................................................ 2
Statements of Operations ............................................................................................................................................... 3
Statements of Stockholder's Equity ............................................................................................................................. 4
Statements of Cash Flows .............................................................................................................................................. 5
Notes to Financial Statements ....................................................................................................................................... 7

Supplementary Information

Schedule of Income from Contracts ............................................................................................................................ 16
Schedule of Completed Contracts ............................................................................................................................... 17
Schedule of Contracts in Progress .............................................................................................................................. 18
Schedules of Costs of Earned Revenue and Indirect Contract Costs ....................................................................... 20
Schedules of Operating Expenses ............................................................................................................................... 21

CONFIDENTIAL

GCNA_018472



CPAs & BUSINESS ADVISORS

**Independent Accountant's Review Report**

The Board of Directors
H&S Contracting, Inc.
Moorhead, Minnesota

We have reviewed the accompanying balance sheets of H&S Contracting, Inc. as of December 31, 2014 and 2013, and the related statements of operations, stockholder's equity, and cash flows for the years then ended. A review includes primarily applying analytical procedures to management's financial data and making inquiries of Company management. A review is substantially less in scope than an audit, the objective of which is the expression of an opinion regarding the financial statements as a whole. Accordingly, we do not express such an opinion.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of the financial statements.

Our responsibility is to conduct the reviews in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. Those standards require us to perform procedures to obtain limited assurance that there are no material modifications that should be made to the financial statements. We believe that the results of our procedures provide a reasonable basis for our report.

Based on our reviews, we are not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with accounting principles generally accepted in the United States of America.

Our reviews were made primarily for the purpose of expressing a conclusion that there are no material modifications that should be made to the financial statements in order for them to be in conformity with accounting principles generally accepted in the United States of America. The supplementary information included in the accompanying schedules on pages 16 through 21 is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information has been subjected to the inquiry and analytical procedures applied in the reviews of the basic financial statements, and we did not become aware of any material modifications that should be made to such information.

*Eide Bailly LLP*

Fargo, North Dakota
July 7, 2015

www.eidebailly.com

CONFIDENTIAL ....try Ave. S. | P.O. Box 2545 | Fargo, ND 58108-2545 | T 701.239.8500 | F 701.239.8600 GCNA_018473

1

(This page left blank intentionally.)

CONFIDENTIAL

GCNA_018474

|  | 2014 | 2013 |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash | $ 11,130 | $ 18,600 |
| Contract receivables less allowance for | | |
| doubtful accounts of $29,000 in 2014 and $0 in 2013 | 918,379 | 814,278 |
| Other receivables | 650 | - |
| Inventories | 787,500 | 333,446 |
| Costs and estimated earnings in excess of billings on | | |
| uncompleted contracts | 37,646 | 56,915 |
| Security deposits | 5,510 | - |
| Prepaid expenses | 8,060 | 9,000 |
| Total current assets | 1,768,875 | 1,232,239 |
| | | |
| Property and Equipment | 6,651,133 | 4,990,065 |
| Less accumulated depreciation | (1,413,254) | (864,887) |
| | 5,237,879 | 4,125,178 |
| | $ 7,006,754 | $ 5,357,417 |

See Independent Accountant's Review Report and Notes to Financial Statements
CONFIDENTIAL

GCNA_018475

H&S Contracting, Inc.
Balance Sheets
December 31, 2014 and 2013

|  | 2014 | 2013 |
|---|---|---|
| **Liabilities and Stockholder's Equity** | | |
| **Current Liabilities** | | |
| Checks issued but not presented for payment | $    40,504 | $    25,712 |
| Current maturities of long-term debt | 689,240 | 608,735 |
| Accounts payable | 568,227 | 740,227 |
| Subcontractors accounts payable | 317,197 | 61,042 |
| Billings in excess of costs and estimated earnings on | | |
| uncompleted contracts | 63,106 | 13,594 |
| Accrued payroll liabilities | 61,503 | 64,497 |
| Accrued sales tax | 8,897 | - |
| Total current liabilities | 1,748,674 | 1,513,807 |
| **Long-term Liabilities** | | |
| Long-term debt, less current maturities | 2,125,819 | 1,901,108 |
| Long-term line of credit | 534,398 | 213,274 |
| Deferred income taxes | - | 369,000 |
| Total liabilities | 4,408,891 | 3,997,189 |
| **Stockholder's Equity** | | |
| Common stock: par value $1.00 per share | | |
| Authorized 50,000 shares, issued and outstanding 1,000 shares | 1,000 | 1,000 |
| Retained earnings | 2,596,863 | 1,359,228 |
| Total stockholder's equity | 2,597,863 | 1,360,228 |
| | $  7,006,754 | $  5,357,417 |

CONFIDENTIAL

H&S Contracting, Inc.
Statements of Operations
Years Ended December 31, 2014 and 2013

|  | 2014 | 2013 |
|---|---|---|
| Earned Revenue | $ 13,111,503 | $ 7,484,910 |
| Costs of Earned Revenue | 11,215,497 | 6,700,033 |
| Gross Profit | 1,896,006 | 784,877 |
| Operating Expenses | 897,352 | 298,253 |
| Income from Operations | 998,654 | 486,624 |
| Other Income (Expense) | | |
| Gain (loss) on sale of equipment | (24,721) | 40,323 |
| Interest expense | (128,995) | (120,549) |
| Other, net | 23,697 | 3,024 |
| Net Income Before Income Taxes | 868,635 | 409,422 |
| (Provision for) Benefit from Income Taxes | 369,000 | (156,000) |
| Net Income | $ 1,237,635 | $ 253,422 |

H&S Contracting, Inc.
Statements of Stockholder's Equity
Years Ended December 31, 2014 and 2013

| | Common Stock | | Retained Earnings | | Total | |
|---|---|---|---|---|---|---|
| Balance, December 31, 2012 | $ | 1,000 | $ | 1,105,806 | $ | 1,106,806 |
| Net Income | | - | | 253,422 | | 253,422 |
| Balance, December 31, 2013 | | 1,000 | | 1,359,228 | | 1,360,228 |
| Net Income | | - | | 1,237,635 | | 1,237,635 |
| Balance, December 31, 2014 | $ | 1,000 | $ | 2,596,863 | $ | 2,597,863 |

See Independent Accountant's Review Report and Notes to Financial Statements       4
CONFIDENTIAL                                                                GCNA_018478

H&S Contracting, Inc.
Statements of Cash Flows
Years Ended December 31, 2014 and 2013

| | 2014 | 2013 |
|---|---|---|
| **Operating Activities** | | |
| Net Income | $ 1,237,635 | $ 253,422 |
| Adjustments to reconcile net income | | |
| to net cash from operating activities | | |
| Depreciation expense | 648,280 | 424,393 |
| Bad debt expense | 45,349 | 11,367 |
| Deferred income taxes | (369,000) | 156,000 |
| Gain on sale of equipment | 24,721 | (40,323) |
| Changes in assets and liabilities | | |
| Receivables | (150,100) | (519,945) |
| Inventories | (454,054) | (316,888) |
| Costs and estimated earnings in | | |
| excess of billings on uncompleted contracts | 19,269 | 327,943 |
| Prepaid expenses | 940 | (9,000) |
| Security deposit | (5,510) | |
| Checks issued but not presented for payment | 14,792 | 25,712 |
| Accounts and subcontractors payable | 84,155 | 386,053 |
| Billings in excess of costs and | | |
| estimated earnings on uncompleted contracts | 49,512 | (1,791) |
| Accrued expenses | 22,307 | 92,016 |
| Accrued income tax | 8,897 | (13,039) |
| **Net Cash from Operating Activities** | 1,177,193 | 775,920 |
| **Investing Activities** | | |
| Purchase of equipment | (828,816) | (837,609) |
| Proceeds from the sale of equipment | 27,500 | 222,800 |
| **Net Cash used for Investing Activities** | (801,316) | (614,809) |
| **Financing Activities** | | |
| Net advances on line of credit | 321,124 | 179,566 |
| Proceeds from the issuance of long-term debt | - | 290,012 |
| Principal payments on long-term debt | (704,471) | (640,142) |
| **Net Cash used for Financing Activities** | (383,347) | (170,564) |
| **Net Change in Cash** | (7,470) | (9,453) |
| Cash, Beginning of Year | 18,600 | 28,053 |
| Cash, End of Year | $ 11,130 | $ 18,600 |

See Independent Accountant's Review Report and Notes to Financial Statements                    5
CONFIDENTIAL                                        GCNA_018479

H&S Contracting, Inc.
Statements of Cash Flows
Years Ended December 31, 2014 and 2013

|  | 2014 | 2013 |
|---|---|---|
| Supplemental Disclosures of Cash Flow Information | | |
| Cash paid for interest | $ 128,995 | $ 118,500 |
| Cash paid for income taxes | $ - | $ 13,039 |
| Supplemental Disclosure of Non-Cash Financing and Investing Activities | | |
| Purchase of property and equipment through issuance of long-term debt | $ 984,386 | $ 776,241 |

### Note 1 -   Principal Business Activity

The Company's primary business is site development, excavating, hauling and demolition in North Dakota and Minnesota. The work is performed under fixed price and unit price contracts. These contracts are obtained through both competitive bidding and negotiation processes and vary in size and duration. The length of the Company's contracts varies but is typically less than one year.

#### Concentrations

The Company maintains its cash accounts in various deposit accounts, the balance of which are periodically in excess of federally insured limits.

The Company is subject to a collective bargaining agreement for approximately 40% of its labor force. The current agreement expires in May 2016.

The Company's operations are in part dependent on the level of construction activity in North Dakota and Minnesota, and because of the nature of the Company's operations, contract receivable and revenue from certain customers may, at times, represent a substantial portion of total contract receivables and revenues.

#### Receivable and Credit Policy

Contract receivables generally are due when billed and the retainage at the completion of the construction contract. Payments are allocated to the specific invoices identified on the remittance advice or, if unspecified, are applied to the earliest unpaid invoices.

The Company estimates an allowance for doubtful accounts based upon an evaluation of the current status of receivables, historical experience, and other factors as necessary. It is reasonably possible that the Company's estimate of the allowance for doubtful accounts will change.

#### Inventory

Inventory, which consists of stockpiled materials, is stated at the lower of cost (average cost method), or market.

#### Property and Equipment

Property and equipment is stated at cost. Expenditures for renewals and improvements that significantly add to the productive capacity or extend the useful life of an asset are capitalized. Expenditures for maintenance and repairs are charged to expense. When equipment is retired or sold, the cost and related accumulated depreciation are eliminated from the accounts and the resultant gain or loss is reflected in income.

Depreciation is provided using the straight-line, based on useful lives of the assets which range from five to thirty-nine years.

CONFIDENTIAL

GCNA_018481

The Company reviews the carrying value of property and equipment for impairment whenever events and circumstances indicate that the carrying value of an asset may not be recoverable from the estimated future cash flows expected to result from its use and eventual disposition. In cases where undiscounted expected future cash flows are less than the carrying value, an impairment loss is recognized equal to an amount by which the carrying value exceeds the fair value of assets. The factors considered by management in performing this assessment include current operating results, trends and prospects, the manner in which the property is used, and the effects of obsolescence, demand, competition, and other economic factors. Based on this assessment there was no impairment at December 31, 2014 and 2013.

**Income Taxes**

During 2014, the Company, with the consent of its stockholder, has elected under the Internal Revenue Code to be taxed as an S Corporation. The stockholders of an S Corporation are taxed on their proportionate share of the Company's taxable income. Therefore, no provision or liability for federal income taxes has been included in the financial statements. Certain specific deductions and credits flow through the Company to its stockholders.

Prior to 2014, income taxes are provided for the tax effects of transactions reported in the financial statements and consist of taxes currently due plus deferred taxes related primarily to differences between the basis of property and equipment for financial and income tax reporting and income tax net operating loss carryforwards. The deferred tax assets and liabilities represent the future tax return consequences of those differences, which will either be taxable or deductible when the assets and liabilities are recovered or settled. Deferred tax assets are reduced by a valuation allowance when, in the opinion of management, it is more likely than not that some portion or all of the deferred tax assets will not be realized.

The Company evaluates its tax positions that have been taken or are expected to be taken on income tax returns to determine if an accrual is necessary for uncertain tax positions. As of December 31, 2014 and 2013, the unrecognized tax benefit accrual was zero. The Company will recognize future accrued interest and penalties related to unrecognized tax benefits in income tax expense if incurred. The Company is no longer subject to Federal and state tax examinations by tax authorities for years before 2011.

**Revenue and Cost Recognition**

Revenues from fixed-price and unit price contracts are recognized on the percentage-of-completion method, measured by the percentage of contract costs incurred to date to estimated total contract costs. This method is used because management considers expended contract costs to be the best available measure of progress on these contracts.

Contract costs include all direct material, subcontract and labor costs and those indirect costs related to contract performance, such as indirect labor, supplies, tools, repairs, depreciation, and fringe benefits. General and administrative costs are charged to expense as incurred. Provisions for estimated losses on uncompleted contracts are made in the period in which such losses are determined. Changes in job performance, job conditions and estimated profitability, including those arising from contract penalty provisions and final contract settlements, may result in revisions to costs and income and are recognized in the period in which the revisions are determined. Because of the inherent uncertainties in estimating costs, it is at least reasonably possible that the estimates used will change within the near term.

CONFIDENTIAL

The asset, "costs and estimated earnings in excess of billings on uncompleted contracts," represents revenues recognized in excess of amounts billed. The liability, "billings in excess of costs and estimated earnings on uncompleted contracts," represents billings in excess of revenues recognized.

**Sales Taxes**

Various states impose a sales tax on the Company's sales to non-exempt customers. The Company collects the sales tax from customers and remits the entire amount to each respective state. The Company's accounting policy is to exclude the tax collected and remitted to the states from earned revenues and cost earned revenue.

**Advertising Costs**

Advertising costs are expensed as incurred. Such costs totaled $15,382 and $9,522 for the years ended December 31, 2014 and 2013, respectively.

**Estimates**

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**Note 2 -   Contract Receivables**

At December 31, 2014 and 2013 contract receivables consist of the following:

|  | 2014 | 2013 |
|---|---|---|
| Completed contracts | $ 544,178 | $ 256,949 |
| Contracts in progress | 25,821 | 214,025 |
| Retainage | 377,380 | 343,304 |
|  | 947,379 | 814,278 |
| Less allowance for doubtful accounts | (29,000) | - |
|  | $ 918,379 | $ 814,278 |

CONFIDENTIAL

GCNA_018483

H&S Contracting, Inc.
Notes to Financial Statements
December 31, 2014 and 2013

### Note 3 -   Uncompleted Contracts

|  | 2014 | 2013 |
|---|---|---|
| Costs incurred on uncompleted contracts | $ 1,404,481 | $ 2,296,869 |
| Estimated earnings | 286,962 | 712,390 |
|  | 1,691,443 | 3,009,259 |
| Less billings to date | (1,716,903) | (2,965,938) |
|  | $ (25,460) | $ 43,321 |

Included in the accompanying balance sheets under the following captions:

| Costs and estimated earnings in | | |
|---|---|---|
| excess of billings on uncompleted contracts | $ 37,646 | $ 56,915 |
| Billings in excess of costs and | | |
| estimated earnings on uncompleted contracts | (63,106) | (13,594) |
|  | $ (25,460) | $ 43,321 |

### Note 4 -   Property and Equipment

Property and equipment at December 31, 2014 and 2013 consists of the following:

|  | 2014 | 2013 |
|---|---|---|
| Construction equipment | $ 4,755,118 | $ 3,484,921 |
| Office equipment | 121,609 | 76,106 |
| Vehicles | 1,342,186 | 1,054,385 |
| Buildings and improvements | 275,535 | 217,968 |
| Land | 156,685 | 156,685 |
|  | $ 6,651,133 | $ 4,990,065 |

### Note 5 -   Line of Credit and Long-Term Debt

**Line of Credit**

During 2014, the Company entered into a revolving line of credit with Associated Bank, National Association that provides for available borrowings of $600,000. The agreement matures on June 30, 2016. Borrowings under the line of credit bear interest at the 30-Day LIBOR + 3.00% (currently 3.17%). All borrowings are collateralized substantially all of the Company's assets and are guaranteed by the stockholder. Amounts outstanding on the line totaled $534,398 and $213,274 as of December 31, 2014 and 2013, respectively. The line of credit agreement contains various covenants. The Company was in compliance with all covenants as of December 31, 2014 or had obtained a waiver from the bank.

CONFIDENTIAL

10

GCNA_018484

H&S Contracting, Inc.
Notes to Financial Statements
December 31, 2014 and 2013

**Long-Term Debt**

Long-term debt consists of:

|  | 2014 | 2013 |
|---|---|---|
| 4.63% note payable to SunTrust Bank due in monthly installments of $808, including interest, to October 2018, secured by equipment | $ 33,985 | $ 41,904 |
| 5.50% note payable to First Community Credit Union due in monthly installments of $675, including interest, to October 2031, secured by real estate | 88,106 | 91,496 |
| 1.95% note payable to Wells Fargo due in monthly installments of $2,980 (June through November), including interest, to September 2018, secured by equipment | 62,897 | 79,290 |
| 4.70% note payable to Cat Financial due in monthly installments of $4,044 (April through December), including interest, to December 2018, secured by equipment | 135,746 | - |
| 5.64% note payable to Nereson Auto due in monthly installments of $490, including interest, to December 2019, secured by vehicle | 25,568 | - |
| 4.79% note payable to Nereson Auto due in monthly installments of $838, including interest, to October 2020, secured by vehicle | 51,106 | - |
| Variable interest note payable (3.39% at December 31, 2014) to Associated Bank, due in monthly installments of $91,667 plus applicable interest July through December and interest only installments January through June, to December 2018, secured by equipment | 2,176,641 | - |
| Various capital lease with Kinetic Leasing, due in monthly installments of $9,705 (May through December), including interest ranging from 6.16% to 6.28%, to various date through October 2018, secured by equipment | 241,010 | - |
| Notes payable refinanced or paid in full in 2014 | - | 2,297,153 |
|  | 2,815,059 | 2,509,843 |
| Less current maturities | (689,240) | (608,735) |
|  | $ 2,125,819 | $ 1,901,108 |

GCNA_018485

11

H&S Contracting, Inc.
Notes to Financial Statements
December 31, 2014 and 2013

Future maturities of long-term debt are as follows:

Years Ending December 31,

| | | |
|---|---|---|
| 2015 | $ | 689,240 |
| 2016 | | 692,084 |
| 2017 | | 699,587 |
| 2018 | | 637,097 |
| 2019 | | 19,231 |
| Thereafter | | 77,820 |
| | $ | 2,815,059 |

### Note 6 -  Leases

The Company rents a shop under an operating lease for $1,833 per month. The lease expires in January 2020. During 2014, the Company rented additional shop space under an operating lease for $1,042 per month. The lease expires in August 2019.

The Company also leases vehicles and equipment under operating leases for a total of $46,215 per month. The lease agreements expire on various dates through October 2020. The Company leases a piece of equipment from a related party for a payment of $2,088 per month. The lease agreement expires December 2019. The total rent expense incurred to related parties during 2014 was $14,492. There was no rent expense incurred to related parties during 2013. In addition, the Company rents equipment under operating leases on an as needed basis. Total rent expense under all operating leases, including related party, was $999,902 and $306,673 for the years ended December 31, 2014 and 2013, respectively.

The Company leases equipment under capital leases. The lease agreements expire on various dates through October 2018. See Note 5.

Future minimum lease payments are as follows:

| Years Ending December 31, | Capital Leases | | Operating Leases | |
|---|---|---|---|---|
| 2015 | $ | 77,640 | $ | 448,702 |
| 2016 | | 77,640 | | 447,916 |
| 2017 | | 77,640 | | 425,931 |
| 2018 | | 38,690 | | 295,876 |
| 2019 | | - | | 169,747 |
| Thereafter | | - | | 19,480 |
| Total minimum lease payments | | 271,610 | $ | 1,807,652 |
| Less portion representing interest | | (30,600) | | |
| Present value of minimum lease payments - Note 5 | $ | 241,010 | | |

CONFIDENTIAL

12

On December 17, 2014, the Company entered into a lease agreement with an individual related to a gravel pit located in Richland County, North Dakota. The lease expires on December 31, 2019, which the option to renew for an additional five years. There is no minimum lease commitment however H&S agrees to pay the individual $0.40 per cubic yard as royalty for all existing stockpiles and $1.00 per cubic yard mined and removed by the Company. There was no activity related during 2014.

### Note 7 -   Income Taxes

As indicated Note 1, during 2014, the Company, with the consent of its stockholders, has elected under the Internal Revenue Code to be taxed as an S Corporation. The stockholders of an S Corporation are taxed on their proportionate share of the Company's taxable income. Therefore, no provision or liability for federal and state income taxes has been included in the financial statements. Certain specific deductions and credits flow through the Company to its stockholders.

In connection with the S Corporation election, the Company removed deferred income tax assets and liabilities previously recorded while operating as a C Corporation. This resulted in recognizing an income tax benefit of $369,000 during 2014.

Deferred liabilities consist of the following components as of December 31, 2014 and 2013:

|  | 2014 | 2013 |
|---|---|---|
| Deferred tax asset | | |
| Net operating loss carryforward | $          - | $     93,000 |
| Deferred tax liability | | |
| Property and equipment | - | (462,000) |
| Noncurrent liability | $          - | $  (369,000) |

The provision for (benefit from) income taxes charged to income for the years December 31, 2014 and 2013 consists of the following:

|  | 2014 | 2013 |
|---|---|---|
| Current | $          - | $          - |
| Deferred | - | 156,000 |
| Change in deferred income taxes in connection with the S Corporation election | (369,000) | - |
| Income tax provision (benefit) | $  (369,000) | $   156,000 |

CONFIDENTIAL

GCNA_018487

H&S Contracting, Inc.
Notes to Financial Statements
December 31, 2014 and 2013

### Note 8 - Employee Benefit Plans

**Defined Contribution Plans**

The Company has a profit-sharing plan which covers all employees who are not working in a classification of employees covered by a collective bargaining agreement, who have completed one year of service and who are 21 years of age. Contributions to this plan are determined annually by the board of directors. The profit sharing expense totaled $4,921 and $4,831 for the years ended December 31, 2014 and 2013.

**Defined Benefit Plan**

The Company contributes to multiemployer defined benefit pension plans under the terms of collective-bargaining agreements that cover its union-represented employees. The risks of participating in these multiemployer plans are different from single-employer plans in the following aspects:

- Assets contributed to the multiemployer plan by one employer may be used to provide benefits to employees of other participating employers.
- If the participating employer stops contributing to the plan, the unfunded obligations of the plan may be borne by the remaining participating employers.
- If the Company chooses to stop participating in some of its multiemployer plans, it may be required to pay those plans an amount based on the underfunded status of the plan, referred to as a withdrawal liability.

The Company's participation in these plans for the annual period ended December 31, 2014 is outlined in the table below. The "EIN/Pension Plan Number" column provides the Employee Identification Number (EIN). Unless otherwise noted, the most recent Pension Protection Act (PPA) zone status available in 2014 and 2013 is for the plan's year end at December 31, 2013, and December 31, 2012, respectively. The zone status is based on information that the Company received from the plan and is certified by the plan's actuary. Among other factors, plans in the red zone are generally less than 65 percent funded, plans in the yellow zone are less than 80 percent funded, and the plans in the green zone are at least 80 percent funded. The "FIP/RP Status Pending/Implemented" column indicates plans for which a financial improvement plan (FIP) or a rehabilitation plan (RP) is either pending or has been implemented. The last column lists the expiration dates of the collective-bargaining agreements to which the plans are subject.

| | Pension Protection Act Zone Status | | | | Company Contributions | | | |
|---|---|---|---|---|---|---|---|---|
| EIN/Pension | | | | FIP/RP Status | | | | Expiration Date of Collective Bargaining Agreement |
| Pension Fund | Plan Number | 2014 | 2013 | Pending/ Implemented | 2014 | 2013 | Surcharge Imposed | |
| International Union of Operating Engineers | 36-6052390 | Green | Green | No | $ 416,278 | $ 233,338 | No | 5/30/2016 |

CONFIDENTIAL

GCNA_018488

14

### Note 9 -   Backlog

The following schedule shows a reconciliation of backlog representing signed contracts in existence at December 31, 2014.

| | |
|---|---:|
| Balance, December 31, 2013 | $ 7,237,225 |
| New contracts, change orders, and miscellaneous projects | 7,205,830 |
| | 14,443,055 |
| Less contract revenue earned | (13,111,503) |
| Balance, December 31, 2014 | $ 1,331,552 |

The Company entered in to contracts subsequent to year-end totaling $3,950,749.

### Subsequent Events

Subsequent to year-end, the Company entered into a verbal agreement with HH&E, a related party through common ownership, to produce material at a pit located in Rollag, Minnesota for an agreed upon price. In addition, H&S will also purchase the material from HH&E at agreed upon prices to be used in the Company's construction services or for resale. H&S will be the sole customer of HH&E.

CONFIDENTIAL



Supplementary Information
December 31, 2014 and 2013
H&S Contracting, Inc.

www.eidebailly.com

CONFIDENTIAL

GCNA_018490

H&S Contracting, Inc.
Schedule of Income from Contracts
Year Ended December 31, 2014

| | Earned Revenue | Cost of Earned Revenue | Gross Profit |
|---|---|---|---|
| Completed contracts | $ 11,420,060 | $ 10,057,093 | $ 1,362,967 |
| Contracts in progress | 1,691,443 | 1,404,481 | 286,962 |
| Overallocated indirect contract costs | - | (246,077) | 246,077 |
| | $ 13,111,503 | $ 11,215,497 | $ 1,896,006 |

GCNA_018491

**H&S Contracting, Inc.**
Schedule of Completed Contracts
Year Ended December 31, 2014

| Job # | Project Description | Total Contract | | | Before January 1, 2013 | | | For the year ended December 31, 2014 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Earned Revenue | Cost of Earned Revenue | Gross Profit (Loss) | Earned Revenue | Cost of Earned Revenue | Gross Profit | Earned Revenue | Cost of Earned Revenue | Gross Profit (Loss) |
| 13-028 | West Fargo 12th Avenue 2 | $ 3,441,149 | $ 3,155,630 | $ 285,559 | $ 288,520 | $ 247,660 | $ 20,660 | $ 3,172,649 | $ 2,907,959 | $ 264,890 |
| 13-026 | NDDOT #15 Walperton | 2,127,632 | 2,132,223 | (5,191) | 3,160 | 2,779 | 381 | 2,122,872 | 2,129,444 | (5,572) |
| 12-026 | Fargo River 12th 6363-2 | 1,157,087 | 1,106,072 | 105,495 | 1,331,818 | 1,637,702 | 244,886 | (116,751) | 18,356 | (136,331) |
| 14-008 | Fargo SM-24-21 | 1,023,405 | 632,567 | 390,838 | - | - | - | 1,023,405 | 632,567 | 390,838 |
| 14-001 | Cass County CH 1301 and CH 1401 | 988,514 | 688,331 | 298,013 | - | - | - | 988,514 | 688,331 | 296,313 |
| 13-015 | Breckenridge Flood FRM | 889,236 | 579,694 | 309,322 | 863,544 | 563,352 | 305,192 | 25,682 | 19,252 | 4,430 |
| 13-027 | McClean 9th Addition | 856,213 | 924,115 | (72,902) | 11,446 | 13,638 | 897 | 567,767 | 918,476 | (73,709) |
| 13-012 | Fargo Rose Creek 5953-C3 | 737,643 | 587,127 | 150,516 | 526,971 | 882,717 | 141,254 | 201,670 | 199,410 | 9,262 |
| 14-013 | Prairie Grove Site Work | 323,269 | 251,454 | 71,815 | - | - | - | 323,269 | 251,454 | 71,815 |
| 14-010 | Cass County Drain 27 Rush River | 318,949 | 244,736 | 73,643 | - | - | - | 318,949 | 244,736 | 73,643 |
| 14-003 | NDDOT #12 Valley City | 364,049 | 321,676 | 42,373 | - | - | - | 364,049 | 321,676 | 42,373 |
| 14-017 | Cass County Drain 10 | 245,898 | 179,774 | 66,124 | - | - | - | 245,898 | 179,774 | 66,124 |
| 14-006 | West Central Fest Site | 241,498 | 142,223 | 99,275 | - | - | - | 241,498 | 142,223 | 99,275 |
| 14-019 | Fargo HD-14-31 and HD-14-41 | 97,399 | 52,412 | 44,987 | - | - | - | 97,399 | 52,412 | 44,987 |
| 14-006 | Pinnacle | 91,397 | 94,830 | (3,403) | - | - | - | 91,397 | 94,830 | (3,403) |
| 14-020 | Elm River Dam 7 Improvement | 89,511 | 33,458 | 56,055 | - | - | - | 89,511 | 33,458 | 56,055 |
| 14-411 | Hector Airport Taxiway | 64,286 | 67,725 | (3,438) | - | - | - | 64,286 | 67,725 | (3,438) |
| 14-412 | MN SAP 014-603-311 | 41,204 | 27,929 | 13,245 | - | - | - | 41,204 | 27,929 | 13,245 |
| 14-011 | NMW Homes Site Improvement | 37,630 | 19,542 | 18,058 | - | - | - | 37,630 | 19,542 | 18,058 |
| 14-015 | Cass County Drain Repair | 36,158 | 21,899 | 14,259 | - | - | - | 36,158 | 21,899 | 14,259 |
| 14-016 | Sellie Bros Monthwed 1A Flood | 35,000 | 17,550 | 17,450 | - | - | - | 35,000 | 17,550 | 17,450 |
| 14-014 | Integrity Steel Mapleton | 34,816 | 20,326 | 14,496 | - | - | - | 34,816 | 20,326 | 14,496 |
| 14-007 | Fargo 4th St. Flood Mitigation | 25,823 | 8,862 | 19,751 | - | - | - | 25,823 | 8,862 | 19,751 |
| HAUL | Hauling - 2014 | 665,234 | 598,672 | 66,562 | - | - | - | 665,234 | 598,672 | 68,562 |
| WFDIRT | West Fargo Dirt 2014 | 283,989 | 296,203 | (2,264) | - | - | - | 283,989 | 296,203 | (2,264) |
| SNOW | Snow Removal - 2014 | 39,895 | 42,879 | (2,984) | - | - | - | 39,895 | 42,879 | (2,984) |
| MISC | Misc Jobs - 2014 | 199,265 | 191,250 | 7,815 | - | - | - | 199,265 | 191,250 | 7,815 |
| | | $ 14,429,219 | $ 12,353,962 | $ 2,075,357 | $ 3,009,259 | $ 3,296,869 | $ 712,390 | $ 11,420,060 | $ 10,057,093 | $ 1,362,967 |

See Independent Accountant's Review Report

CONFIDENTIAL

GCNA_018492

H&S Contracting, Inc.
Schedule of Contracts in Progress
Year Ended December 31, 2014

| Contracts | | Contract Totals | | | From Inception Through December 31, 2014 | | | |
| | | Estimated Revenue | Estimated Cost of Revenue | Estimated Gross Profit | Earned Revenue | Cost of Earned Revenue | Gross Profit | Billed to Date |
|---|---|---|---|---|---|---|---|---|
| Job # | Projects | | | | | | | |
| 14-010 | Fargo FM-14-61 El Zagel | $ 3,258,213 | $ 2,159,548 | $ 98,665 | $ 1,110,742 | $ 1,062,212 | $ 48,530 | $ 1,173,848 |
| 14-009 | 2012-1 Mapleton Levee Imp. | 462,183 | 236,274 | 225,909 | -443,600 | 236,774 | 216,826 | 424,852 |
| 14-021 | Mergenthal Dr. No.5 | 302,599 | 254,911 | 47,688 | 137,101 | 115,495 | 21,606 | 118,203 |
| | | $ 3,022,995 | $ 2,650,733 | $ 372,262 | $ 1,691,443 | $ 1,404,481 | $ 286,962 | $ 1,716,903 |

See Independent Accountant's Review Report

CONFIDENTIAL

GCNA_018493

**H&S Contracting, Inc.**
Schedule of Contracts in Progress
Year Ended December 31, 2014

| | | At December 31, 2014 | | | | Year ended December 31, 2014 | | |
| | | Balance of Contract to be Billed | Estimated Costs to Complete | Costs and Estimated Earnings in Excess of Billings | Billings in Excess of Costs and Estimated Earnings | Earned Revenue | Cost of Earned Revenue | Gross Profit |
| Job # | Projects | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14-018 | Fargo FM-14-51 HI Zagel | $ 1,084,365 | $ 1,097,335 | $ - | $ 63,106 | $ 1,110,742 | $ 1,062,212 | $ 48,530 |
| 14-009 | 2012-1 Mapleton Levee Imp | 37,331 | 9,500 | 18,748 | - | 443,600 | 226,774 | 216,826 |
| 14-021 | Mergenthal Dr. No.5 | 184,396 | 139,416 | 18,898 | - | 137,101 | 115,495 | 21,606 |
| | | $ 1,306,092 | $ 1,246,252 | $ 37,646 | $ 63,106 | $ 1,691,443 | $ 1,404,481 | $ 286,962 |

See Independent Accountant's Review Report

19

CONFIDENTIAL

GCNA_018494

**H&S Contracting, Inc.**
Schedules of Costs of Earned Revenue and Indirect Contract Costs
Years Ended December 31, 2014 and 2013

|  | 2014 | 2013 |
|---|---|---|
| **Costs of Earned Revenue** | | |
| Materials | $ 2,518,505 | $ 1,496,736 |
| Labor and benefits | 2,533,384 | 1,415,182 |
| Subcontracts | 2,298,094 | 1,667,429 |
| Equipment | 3,979,445 | 1,114,286 |
| Bonding | 80,002 | 125,309 |
| Other direct job costs | 52,144 | 77,053 |
| (Over)/under allocated indirect contract costs | (246,077) | 804,038 |
|  | $ 11,215,497 | $ 6,700,033 |

|  | 2014 | 2013 |
|---|---|---|
| **Indirect Contract Costs** | | |
| Equipment | 2,570,568 | 1,022,279 |
| Depreciation | 620,258 | 411,904 |
| Shop and superintendent | 290,616 | 153,606 |
| Insurance and workers' compensation | 94,105 | 139,303 |
| Payroll expenses | 79,391 | 87,746 |
| License, locates and permits | 54,874 | 37,339 |
| Travel and lodging | 30,526 | 33,727 |
| Telephone | 28,051 | 13,790 |
| Plans and bidding | 12,298 | 6,829 |
| Safety | 7,172 | 6,234 |
| Training | 4,108 | - |
| Less: amounts allocated to contracts | (4,038,044) | (1,108,719) |
|  | $ (246,077) | $ 804,038 |

See Independent Accountant's Review Report
CONFIDENTIAL

20

GCNA_018495

H&S Contracting, Inc.
Schedules of Operating Expenses
Years Ended December 31, 2014 and 2013

|  | 2014 | 2013 |
|---|---|---|
| Office salaries | $ 484,275 | $ 169,109 |
| Office supplies and postage | 52,038 | 23,900 |
| Professional fees | 36,128 | 18,457 |
| Depreciation | 28,022 | 12,489 |
| Association fees | 10,916 | 12,076 |
| Payroll taxes | 59,362 | - |
| Miscellaneous taxes, fines and penalties | 40,592 | 11,684 |
| Bad debts | 45,349 | 11,367 |
| Advertising and promotion | 15,382 | 9,522 |
| Office rent | 24,290 | 7,200 |
| Utilities | 3,943 | - |
| Profit-sharing | 4,921 | 4,831 |
| Real estate taxes | 7,800 | 3,615 |
| Bank charges | 16,919 | 3,605 |
| Dues and subscriptions | 5,802 | 2,441 |
| Training | 3,544 | 2,299 |
| Meals and entertainment | 5,549 | 1,772 |
| Medical expenses | 43,644 | 1,771 |
| Computer networking | 2,766 | |
| Miscellaneous | 6,110 | 2,115 |
| | $ 897,352 | $ 298,253 |