UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Guarantee Company of North America USA, | Court File No: 17-cv-4268 (JNE/LIB) |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR FURTHER CONSIDERATION OF SEALING** |
| Associated Bank, N.A., et al., | |
| Defendants. | |

---

This matter came before the Court on a Joint Motion for Further Consideration of Sealing, brought by plaintiff The Guarantee Company of North America USA and defendant Associated Bank, National Association under Local Rule 5.6(d)(3). In compliance with the Court's instructions, these parties publicly filed Documents No. 84 and 85, which are copies of Documents No. 52 and 62, but with redactions required by Federal Rule of Civil Procedure 5.2. The parties request that Documents No. 52 and 62 remain sealed. Based on the submissions of the parties, arguments of counsel, and the record in this matter, IT IS ORDERED:

1. The Guarantee and Associated's joint motion is GRANTED, and Documents No. 52 and 62 shall remain sealed.

BY THE COURT

Dated: _____         _____

United States District Court

1