UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Guarantee Company of North America USA, <br><br> Plaintiff, <br><br> v. <br><br> Associated Bank, N.A., et al., <br><br> Defendants. | Court File No: 0:17-cv-4268 (JNE/LIB) <br><br> **REQUEST FOR CANCELLATION OF HEARING ON JOINT MOTION FOR FURTHER CONSIDERATION OF SEALING** |

Under Local Rule 7.1(b), Plaintiff The Guarantee Company of North America USA and Defendant Associated Bank, National Association jointly request the Court cancel the hearing scheduled for their Joint Motion for Further Consideration of Sealing, filed June 13, 2019.

| | |
|---|---|
| GREGERSON, ROSOW, JOHNSON & NILAN, LTD <br><br> By: /s/Jacob T. Merkel <br>  Joseph A. Nilan, #121277 <br>  Jacob T. Merkel, #397211 <br>  100 Washington Ave. S., Suite 1550 <br>  Minneapolis, MN 55401 <br>  (612) 338-0755 <br>  jnilan@grjn.com <br>  jmerkel@grjn.com <br><br> Attorneys for Plaintiff The Guarantee Company of North America USA | WINTHROP & WEINSTINE, P.A. <br><br> By: /s/Ian M. Rubenstrunk <br>  Daniel C. Beck, #192053 <br>  Michael A. Rosow, #0317998 <br>  Ian M. Rubenstrunk, #0397881 <br>  225 South Sixth Street, Suite 3500 <br>  Minneapolis, MN 55402 <br>  612-604-6400 <br>  dbeck@winthrop.com <br>  mrosow@winthrop.com <br>  irubenstrunk@winthrop.com <br><br> Attorneys for Defendant Associated Bank, National Association |